**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6522**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

SAI VANG,

          Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:15-cr-00038-KDB-DSC-4)

Submitted:  July 25, 2023                    Decided:  July 28, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sai Vang, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sai Vang appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and appointment of counsel.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *United States v. Vang*, No. 5:15-cr-00038-KDB-DSC-4 (W.D.N.C. May 10, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Vang confines his appeal to the district court's denial of his request for compassionate release.